ESC

| | | | Original – Court |
|---|---|---|---|
| | | | 1st copy – Plaintiff |
| | | | 2nd copy – Garnishee |
| Approved, SCAO | | | 3rd copy – Defendant |

| STATE OF MICHIGAN | | GARNISHEE DISCLOSURE | 06 JUN 29 AM 11: 00 | CASE NO. |
|---|---|---|---|---|
| USDC | JUDICIAL DISTRICT / JUDICIAL CIRCUIT | | CLERK | 5:03CV0091 |

| Court Address | | Court telephone no. |
|---|---|---|
| 399 Federal Bldg., 110 Michigan NW, GR | BY MJL | (616) 456-2381 |

| Plaintiff's name and address (judgment creditor) | v | Defendant's name, address (judgment debtor) |
|---|---|---|
| CENTURY 21 REAL ESTATE CORPORATION<br>c/o Jason P. Klingensmith, Esq. | | Timothy R. Fore<br>Patti J. Fore<br>1742 Oakleigh Woods Dr., N.W.<br>Grand Rapids, Michigan  49504 |

| Plaintiff's attorney, bar no., address, and telephone no. | Garnishee's name and address |
|---|---|
| Jason P. Klingensmith (P61687)<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan  48226 | Macatawa Bank<br>41 N. State Street<br>Zeeland, Michigan  49464 |

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on ___May 23 06___ and received by garnishee on ___June 26 06___.
   - ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**
- ☐ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
   Reason: _____
- ☒ b. is indebted to defendant for non-periodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number if applicable

   The amount to be withheld is $ __374.26__ and does not exceed the amount stated in item 2. of the writ.
- ☐ c. Withholding is exempt because: _____

**Periodic Garnishments**
- ☐ d. is not obligated to make periodic payments to the defendant during the 91 day period.
   Reason:   ☐ not employed.   ☐ other _____
- ☐ e. is obligated to make periodic payments to the defendant during the 91 day period as follows:
   Payments are for   ☐ earnings   ☐ non-earnings _____
   specify nature of payment (see instructions on back)
   Payments are made   ☐ weekly.   ☐ bi-weekly.   ☐ semi-monthly.   ☐ monthly.   ☐ other: _____
   frequency of payment

   A higher priority writ/order   ☐ is   ☐ is not currently in effect. (If a higher priority writ/order is in effect, complete the following.)

   | Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
   |---|---|---|---|

   Withholding under this writ
   - ☐ will begin immediately if sufficient funds are available.
   - ☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
   specify

I declare that the statements above are true to the best of my information, knowledge and belief.

__6-26-06__                                                                 _Mindy Bowe_
Date                                                                          Garnishee/Agent/Attorney signature

**I certify that:**
on ___6-26-06___ I mailed or personally delivered a copy of this disclosure with the court.
on ___6-26-06___ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on ___6-26-06___ I mailed or personally delivered a copy of this disclosure to the defendant.

_____                                                                   _Mindy Bowe_
Date                                                                          Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure.  See item 3. of the instructions for details.**

MC 14  (6/05)   **GARNISHEE DISCLOSURE**                              15 USC 1672, 15 USC 1673, MCR 3.101

| Delridge Corporation<br>(800) 530-2255<br>Approved, SCAO | Original - Court<br>1st copy - Garnishee<br>2nd copy - Defendant | 3rd copy - Return (proof of service)<br>4th copy - Plaintiff/Attorney (proof) |
|---|---|---|
| ☐ STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>USDC _____ JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(NON-PERIODIC) | ☐ CASE NO.<br>5:03CV0091 |

| Court Address<br>231 W. Lafayette Blvd., Detroit | ☐ Zip Code<br>48226 | Court telephone no.<br>(313) 234-5005 |
|---|---|---|

| Plaintiff name and address (judgment creditor)<br>☐ CENTURY 21 REAL ESTATE CORPORATION<br>c/o Jason P. Klingensmith, Esq. | V | Defendant name and address (judgment debtor)<br>☐ TIMOTHY R. FORE     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<br>PATTI J. FORE        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<br>1742 Oakleigh Woods Dr. N.W.<br>Grand Rapids, Michigan 49504 |
|---|---|---|
| Plaintiff's attorney, bar no., and address<br>☐ Jason P. Klingensmith (P61687)<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226 | | ☐ Social security no.<br>see above / Account no.<br>Garnishee name and address<br>Macatawa Bank<br>41 N. State Street<br>Zeeland, Michigan 49464 |
| ☐ Telephone no.<br>(313) 223-3500 | | |

**REQUEST**

1. Plaintiff received judgment against defendant for $ 544,487.00 on December 29, 2005.
2. The amount of the unsatisfied judgment now due (including interest and costs) is ☐ $ 539,077.18.
3. Plaintiff knows or with good reason believes that the garnishee is indebted to or possesses or controls property belonging to the defendant.
4. Plaintiff requests a writ of non-periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

5/18/06
Date

Plaintiff/Agent/Attorney signature Jason P. Klingensmith (P61687)

**WRIT OF GARNISHMENT**  To be completed by the court. (See other side for additional information and instructions.

TO THE PLAINTIFF: You must provide all copies of the disclosure form (MC 14), 2 copies of this writ for serving on the garnishee, and any applicable disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted, to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2. of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
☒ the plaintiff   ☐ the plaintiff's attorney   ☐ the court.
and mail it to:  ☐ the plaintiff.   ☒ the plaintiff's attorney.   ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

May 23, 2006
Date of Issue        Expiration Date

/s/ G. Frayer
Deputy court clerk

MC 13 (6/04) REQUEST AND WRIT FOR GARNISHMENT (NON-PERIODIC)    MCL 600.4011 et seq.; MSA 27A.4011 et seq., MCR 3.101