Delridge Corporation
(586) 294-4800
Approved, SCAO

Original – Register of deeds
1st copy – Court
2nd copy – Judgment creditor
3rd copy – Judgment Debtor
4th copy – Return of service

| STATE OF MICHIGAN | | |
|---|---|---|
| USDC  JUDICIAL DISTRICT  JUDICIAL CIRCUIT | **NOTICE OF JUDGMENT LIEN** | **CASE NO.** 5:03CV0091 |

**Court Address**
399 Federal Building, 110 Michigan St., NW, Grand Rapids, Michigan 49503

Court telephone no. (616) 456-2381

| Plaintiff name | | Defendant name |
|---|---|---|
| CENTURY 21 REAL ESTATE GROUP | v | PEARSON-COOK CO., INC., TIMOTHY R. FORE and PATTI J. FORE |

Judgment creditor's name and address
CENTURY 21 REAL ESTATE GROUP
6 Sylvan Way
Parsippany, NJ 07054

Judgment debtor's name and address
Patti J. Fore
1742 Oakleigh Woods Dr. N.W.
Grand Rapids, Michigan 49504
Last 4 digits of social security no. or full tax identification no.
8893

Judgment creditor's attorney, bar no., address, and telephone no.
Jason P. Klingensmith, Esq.
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

Judgment debtor's attorney, bar no., address, and telephone no.

1. I am recording a judgment lien with the register of deeds in __KENT__ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ 544,052.63 .
3. The judgment was entered on December 29, 2005 and expires December 29, 2015 .
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

7/5/06
Date

Signature of judgment creditor/judgment creditor's attorney
Jason P. Klingensmith         (P61687)

This document must be sealed by the seal of the court.    **CERTIFICATION**

I certify that the above notice of judgment lien is in proper form.

Clerk of the Court:   Ronald C. Weston, Sr., Clerk

July 10, 2006
Date

Signed by:   _Gerald H. Riefer_
Clerk/Deputy clerk

When recorded, return to   J. Klingensmith, 500 Woodward, Ste. 4000 Det. MI   .

MC 94 (6/05)  **NOTICE OF JUDGMENT LIEN**

MCL 600.2805

**PROOF OF SERVICE**

| NOTICE OF JUDGMENT LIEN |
|---|
| Case No.   5:03CV0091 |

**TO PROCESS SERVER:** File your return with the clerk of the court. If you are unable to complete personal service, you must file your return with the clerk of the court and return the judgment debtor's copy to the judgment creditor/attorney.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE**

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:   (notarization not required)

OR

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required)

☐ I served a copy of the notice of judgment lien by certified mail on:
☐ I personally served a copy of the notice of judgment lien on (required when the judgment lien is $25,000 or more):

| Judgment Debtor's Name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

☐ I have personally attempted to serve the notice of judgment lien on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee | Miles Traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date

My commission expires: _____   Signature: _____
                        Date                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of this notice of judgment lien on _____
                                                                                Day, date, time
on behalf of _____.

Signature _____

MCR 2.105