UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTURY 21 REAL ESTATE
CORPORATION,

                    Plaintiff,

                                                      Case No. 5:03 CV 0091

vs.

                                                      Hon. Ellen S. Carmody

PEARSON-COOK CO., INC.,
TIMOTHY R. FORE, and
PATTI J. FORE,

                    Defendants.

_____/

DICKINSON WRIGHT PLLC
Jason P. Klingensmith (P61687)
Frank A. Hamidi (P57713)
Attorneys for Plaintiff
500 Woodward Ave.
Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500

_____/

**PLAINTIFF CENTURY 21 REAL ESTATE, LLC'S**
**RESPONSE TO ORDER TO SHOW CAUSE DATED JANUARY 30, 2007**

Plaintiff Century 21 Real Estate, LLC (f/k/a Century 21 Real Estate Corporation)

("Century 21"), by its attorneys Dickinson Wright PLLC, respectfully states as follows for its

Response to the Court's Order to Show Cause dated January 30, 2007:

1.      On November 13, 2006, the Court granted Century 21's Motion for Temporary

Restraining Order Preliminary Injunction and Appointment of Receiver.  As part of this Order,

the Court required Century 21 to identify a proposed Receiver to preside over the assets and

businesses of Defendants Timothy R. Fore, Patti J. Fore and Pearson-Cook Company, Inc. (collectively, "Defendants") by November 20, 2006.

2.      However, on November 14, 2006, each Defendant filed voluntary Chapter 7 bankruptcy petitions.  Accordingly, Century 21 was required to stay its collection efforts against Defendants under 11 U.S.C. § 362(a)(1), and Century 21 was prohibited from identifying a potential Receiver to preside over Defendants' assets and businesses.

3.      Accordingly, this Court should vacate its Order to Show Cause and hold this case in abeyance until the automatic stay set forth in 11 U.S.C. § 362(a)(1) is lifted.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Jason P. Klingensmith (P61687)
     Jason P. Klingensmith (P61687)
     Frank A. Hamidi (P57713)
Attorneys for Plaintiff
Century 21 Real Estate, LLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
jklingensmith@dickinson-wright.com
fhamidi@dickinson-wright.com

February 9, 2007

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true a correct copy of the foregoing was served upon counsel of record by CM/ECF on February 9, 2007.

By: /s/ Jason P. Klingensmith (P61687)
      Jason P. Klingensmith (P61687)
Attorneys for Plaintiff
Century 21 Real Estate, LLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
jklingensmith@dickinson-wright.com

DETROIT 99993-951 976956v1